PAYMENT HISTORY REPORT

RUN DATE: 04-JAN-2005 FOR: 1993001567/001 

DEBTOR: Moriarty, Jennifer M

COURT NUMBER: 393218 PRIORITY CODE:

CURRENT LIABILITY BALANCE: $0.00

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | PMNT AMT | POST DATE | BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0058 | PMNT | WA | 19-MAR-1999 | OT/Y | Rem Ramsey | MN /9/114 | 011203 | $75.00 | 22-MAR-1999 | $7,247.78 |
| 0059 | PMNT | WA | 08-APR-1999 | OT/G | REM Ramsey | MN /9/126 | 011341 | $75.00 | 08-APR-1999 | $7,187.35 |
| 0060 | PMNT | WA | 23-APR-1999 | OT/Y | REM Ramsey | MN /9/138 | 011369 | $75.00 | 23-APR-1999 | $7,123.19 |
| 0061 | PMNT | WA | 23-APR-1999 | OT/Y | REM Ramsey | MN /9/138 | 011431 | $75.00 | 23-APR-1999 | $7,048.19 |
| 0062 | PMNT | WA | 25-MAY-1999 | OT/G | Rem-Ramsey, Inc. | MN /9/159 | 011581 | $75.00 | 25-MAY-1999 | $6,995.87 |
| 0063 | PMNT | WA | 25-MAY-1999 | OT/G | Rem-Ramsey | MN /9/159 | 011539 | $75.00 | 25-MAY-1999 | $6,920.87 |
| 0064 | PMNT | WA | 17-JUN-1999 | OT/G | Rem-ramsey, Inc. | MN /9/175 | 011703 | $75.00 | 17-JUN-1999 | $6,861.88 |
| 0065 | PMNT | WA | 22-JUN-1999 | OT/G | Rem Ramsey | MN /9/178 | 011824 | $75.00 | 22-JUN-1999 | $6,790.33 |
| 0066 | PMNT | WA | 15-JUL-1999 | OT/G | Rem-Ramsey | MN /9/194 | 011884 | $75.00 | 15-JUL-1999 | $6,731.03 |
| 0067 | PMNT | WA | 30-JUL-1999 | OT/G | REM-Ramsey | MN /9/205 | 011974 | $75.00 | 30-JUL-1999 | $6,666.18 |
| 0068 | PMNT | WA | 25-AUG-1999 | OT/G | Rem-Ramsey, Inc. | MN /9/223 | 012055 | $75.00 | 25-AUG-1999 | $6,608.61 |
| 0069 | PMNT | WA | 25-AUG-1999 | OT/G | Rem-Ramsey, Inc. | MN /9/223 | 012190 | $75.00 | 25-AUG-1999 | $6,533.61 |
| 0070 | PMNT | WA | 01-SEP-1999 | OT/Y | REM Ramsey Inc. | MN /9/228 | 012228 | $75.00 | 01-SEP-1999 | $6,463.21 |
| 0071 | PMNT | WA | 10-SEP-1999 | OT/G | Rem Ramsey, Inc | MN /9/233 | 012251 | $75.00 | 10-SEP-1999 | $6,394.06 |
| 0072 | PMNT | WA | 29-SEP-1999 | OT/G | Rem-Ramsey | MN /9/246 | 012409 | $75.00 | 29-SEP-1999 | $6,331.28 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0073 | PMNT | WA | 05-OCT-1999 | OT/G | REM-Ramsey/Moriarty | MN | /0/003 | 012436 | $75.00 | 05-OCT-1999 | $6,260.10 |
| 0074 | PMNT | WA | 20-OCT-1999 | OT/G | REM-Ramsey/Moriarty | MN | /0/012 | 012546 | $75.00 | 20-OCT-1999 | $6,194.54 |
| 0075 | PMNT | WA | 01-NOV-1999 | OT/G | rem ramsey/moriarty | MN | /0/020 | 012602 | $75.00 | 01-NOV-1999 | $6,127.01 |
| 0076 | PMNT | WA | 16-NOV-1999 | OT/G | rem/moriarty | MN | /0/030 | 012695 | $75.00 | 16-NOV-1999 | $6,061.25 |
| 0077 | PMNT | WA | 02-DEC-1999 | OT/G | rem-ramsey/moriarity | MN | /0/041 | 012801 | $75.00 | 02-DEC-1999 | $5,996.00 |
| 0078 | PMNT | WA | 16-DEC-1999 | OT/G | REM Ramsey | MN | /0/051 | 012866 | $75.00 | 16-DEC-1999 | $5,929.44 |
| 0079 | PMNT | WA | 06-JAN-2000 | OT/G | rem ramsey/moriarty | MN | /0/063 | 013024 | $75.00 | 06-JAN-2000 | $5,866.96 |
| 0080 | PMNT | WA | 24-JAN-2000 | OT/G | Rem-Ramsey | MN | /0/073 | 013091 | $75.00 | 24-JAN-2000 | $5,802.55 |
| 0081 | PMNT | WA | 28-JAN-2000 | OT/G | rem-ramsey/moriarty | MN | /0/075 | 013173 | $75.00 | 28-JAN-2000 | $5,729.88 |
| 0082 | PMNT | WA | 17-FEB-2000 | OT/G | Rem-Ramsey | MN | /0/088 | 013255 | $75.00 | 17-FEB-2000 | $5,666.37 |
| 0084 | PMNT | WA | 08-MAR-2000 | OT/G | Rem Ramsy Inc | MN | /0/101 | 013404 | $150.00 | 08-MAR-2000 | $5,527.74 |
| 0085 | PMNT | WA | 23-MAR-2000 | OT/G | rem ramsey/moriarty | MN | /0/113 | 013476 | $75.00 | 23-MAR-2000 | $5,461.05 |
| 0086 | PMNT | WA | 12-APR-2000 | OT/G | REM Ramsey | MN | /0/127 | 013623 | $75.00 | 12-APR-2000 | $5,397.00 |
| 0087 | PMNT | WA | 26-APR-2000 | OT/G | REM Ramsey | MN | /0/137 | 013720 | $75.00 | 26-APR-2000 | $5,329.58 |
| 0088 | PMNT | WA | 09-MAY-2000 | OT/G | REM Ramsey | MN | /0/146 | 013825 | $75.00 | 09-MAY-2000 | $5,261.53 |
| 0089 | PMNT | WA | 23-MAY-2000 | OT/G | REM | MN | /0/156 | 013936 | $75.00 | 23-MAY-2000 | $5,193.92 |
| 0090 | PMNT | WA | 06-JUN-2000 | OT/G | REM | MN | /0/165 | 014053 | $75.00 | 06-JUN-2000 | $5,126.21 |
| 0091 | PMNT | WA | 13-JUN-2000 | OT/G | REM | MN | /0/170 | 014099 | $75.00 | 13-JUN-2000 | $5,054.81 |
| 0092 | PMNT | WA | 28-JUN-2000 | OT/G | rem | MN | /0/181 | 014207 | $75.00 | 28-JUN-2000 | $4,987.41 |
| 0093 | PMNT | WA | 08-AUG-2000 | OT/G | REM/Moriarty | MN | /0/208 | 014443 | $75.00 | 08-AUG-2000 | $4,932.91 |
| 0094 | PMNT | WA | 29-AUG-2000 | OT/G | REM | MN | /0/222 | 014572 | $75.00 | 29-AUG-2000 | $4,868.30 |
| 0095 | PMNT | WA | 12-OCT-2000 | OT/G | REM | MN | /1/007 | 014859 | $75.00 | 12-OCT-2000 | $4,814.78 |
| 0096 | PMNT | WA | 08-NOV-2000 | OT/G | REM | MN | /1/126 | 015043 | $75.00 | 08-NOV-2000 | $4,752.82 |
| 0099 | PMNT | WA | 18-APR-2001 | OT/G | rem/moriarity | MN | /1/233 | 016157 | $75.00 | 18-APR-2001 | $4,754.88 |
| 0100 | PMNT | WA | 30-MAY-2001 | OT/G | REM/moriarity | MN | /1/261 | 016472 | $40.00 | 30-MAY-2001 | $4,734.96 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0101 | PMNT | WA | 15-JUN-2001 | OT/G | ISD #1 | MN | /1/273 | 162992 | $37.50 | 15-JUN-2001 | $4,705.08 |
| 0102 | PMNT | WA | 29-JUN-2001 | OT/G | ISD #1 | MN | /1/283 | 165391 | $37.50 | 29-JUN-2001 | $4,674.20 |
| 0103 | PMNT | WA | 16-JUL-2001 | OT/G | ISD 1 | MN | /1/293 | 167427 | $37.50 | 16-JUL-2001 | $4,644.69 |
| 0104 | PMNT | WA | 18-JUL-2001 | OT/G | REM | MN | /1/294 | 017072 | $75.00 | 18-JUL-2001 | $4,570.62 |
| 0105 | PMNT | WA | 27-JUL-2001 | OT/G | Mpls | MN | /1/301 | 168696 | $37.50 | 27-JUL-2001 | $4,537.26 |
| 0106 | PMNT | WA | 27-JUL-2001 | OT/G | REM | MN | /1/301 | 017189 | $75.00 | 27-JUL-2001 | $4,462.26 |
| 0109 | PMNT | WA | 13-AUG-2001 | OT/G | Mpls Schools | MN | /1/312 | 170081 | $37.50 | 13-AUG-2001 | $4,432.39 |
| 0110 | PMNT | WA | 27-AUG-2001 | OT/G | REM | MN | /1/321 | 017695 | $75.00 | 27-AUG-2001 | $4,363.63 |
| 0111 | PMNT | WA | 05-SEP-2001 | OT/G | REM | MN | /1/328 | 017900 | $75.00 | 05-SEP-2001 | $4,292.58 |
| 0112 | PMNT | WA | 24-SEP-2001 | OT/G | REM | MN | /1/341 | 18139 | $48.90 | 24-SEP-2001 | $4,251.88 |
| 0113 | PMNT | WA | 24-SEP-2001 | OT/G | ISD No 1 | MN | /1/341 | 174435 | $37.50 | 24-SEP-2001 | $4,214.38 |
| 0114 | PMNT | WA | 09-OCT-2001 | OT/G | ISD 1 | MN | /2/006 | 176248 | $37.50 | 09-OCT-2001 | $4,183.24 |
| 0115 | PMNT | WA | 22-OCT-2001 | OT/G | Special School 1 | MN | /2/015 | 178100 | $37.50 | 22-OCT-2001 | $4,151.21 |
| 0116 | PMNT | WA | 02-NOV-2001 | OT/G | ISD 1 | MN | /2/025 | 180094 | $37.50 | 02-NOV-2001 | $4,118.30 |
| 0117 | PMNT | WA | 19-NOV-2001 | OT/G | ISD 1 | MN | /2/035 | 182059 | $37.50 | 19-NOV-2001 | $4,087.84 |
| 0118 | PMNT | WA | 03-DEC-2001 | OT/G | ISD 1 | MN | /2/044 | 183745 | $37.50 | 03-DEC-2001 | $4,056.09 |
| 0119 | PMNT | WA | 18-DEC-2001 | OT/Y | REM Ramsey | MN | /2/054 | 019608 | $75.00 | 18-DEC-2001 | $3,987.21 |
| 0120 | PMNT | WA | 18-DEC-2001 | OT/Y | REM Ramsey | MN | /2/054 | 019442 | $75.00 | 18-DEC-2001 | $3,912.21 |
| 0121 | PMNT | WA | 26-DEC-2001 | OT/Y | REM Ramsey | MN | /2/058 | 019892 | $75.00 | 26-DEC-2001 | $3,840.36 |
| 0122 | PMNT | WA | 28-DEC-2001 | OT/G | School DIst 1 | MN | /2/060 | 187348 | $37.50 | 28-DEC-2001 | $3,803.63 |
| 0123 | PMNT | WA | 09-JAN-2002 | OT/G | REM Ramsey | MN | /2/067 | 1006 | $75.00 | 09-JAN-2002 | $3,733.22 |
| 0124 | PMNT | WA | 14-JAN-2002 | OT/Y | Mpls School Dist 1 | MN | /2/070 | 188677 | $37.50 | 14-JAN-2002 | $3,697.60 |
| 0125 | PMNT | WA | 28-JAN-2002 | OT/G | MplsSchool Dist 1 | MN | /2/079 | 190415 | $37.50 | 28-JAN-2002 | $3,665.31 |
| 0126 | PMNT | WA | 05-FEB-2002 | OT/G | REM Ramsey | MN | /2/084 | 1038 | $75.00 | 05-FEB-2002 | $3,593.26 |
| 0127 | PMNT | WA | 11-FEB-2002 | OT/G | MPIS #1 | MN | /2/089 | 192516 | $37.50 | 11-FEB-2002 | $3,557.93 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0128 | PMNT | WA | 15-FEB-2002 | OT/G | REM Ramsey | MN | /2/093 | 1058 | $75.00 | 15-FEB-2002 | $3,484.36 |
| 0129 | PMNT | WA | 25-FEB-2002 | OT/G | MPIS No. 1 | MN | /2/099 | 194431 | $37.50 | 25-FEB-2002 | $3,450.36 |
| 0131 | PMNT | WA | 06-MAR-2002 | OT/G | REM Ramsey, Inc. | MN | /2/106 | 1060 | $75.00 | 06-MAR-2002 | $3,378.48 |
| 0132 | PMNT | WA | 08-MAR-2002 | OT/G | MPIS #1 | MN | /2/108 | 196375 | $37.50 | 08-MAR-2002 | $3,341.66 |
| 0133 | PMNT | WA | 22-MAR-2002 | OT/G | MPIS | MN | /2/118 | 198493 | $37.50 | 22-MAR-2002 | $3,308.86 |
| 0134 | PMNT | WA | 09-APR-2002 | OT/G | MPLS Special School | MN | /2/130 | 200202 | $37.50 | 09-APR-2002 | $3,277.35 |
| 0135 | PMNT | WA | 16-APR-2002 | OT/G | REM Ramsey | MN | /2/136 | 1103 | $75.00 | 16-APR-2002 | $3,204.66 |
| 0136 | PMNT | WA | 23-APR-2002 | OT/G | MPIS | MN | /2/140 | 201647 | $37.50 | 23-APR-2002 | $3,169.42 |
| 0137 | PMNT | WA | 03-MAY-2002 | OT/G | MPIS | MN | /2/146 | 203584 | $358.90 | 03-MAY-2002 | $2,813.71 |
| 0138 | PMNT | WA | 16-MAY-2002 | OT/G | MPIS | MN | /2/155 | 205224 | $339.54 | 16-MAY-2002 | $2,477.85 |
| 0139 | PMNT | WA | 03-JUN-2002 | OT/G | MPIS | MN | /2/162 | 206884 | $343.61 | 03-JUN-2002 | $2,138.72 |
| 0140 | PMNT | WA | 18-JUN-2002 | OT/G | MPIS | MN | /2/172 | 208842 | $37.50 | 18-JUN-2002 | $2,104.45 |
| 0141 | PMNT | WA | 28-JUN-2002 | OT/G | MPIS | MN | /2/180 | 210552 | $37.50 | 28-JUN-2002 | $2,069.07 |
| 0142 | PMNT | WA | 29-JUL-2002 | OT/G | ISD #1 | MN | /2/198 | 213182 | $37.50 | 29-JUL-2002 | $2,038.02 |
| 0143 | PMNT | WA | 08-AUG-2002 | OT/G | MPIS | MN | /2/207 | 214324 | $37.50 | 08-AUG-2002 | $2,002.57 |
| 0144 | PMNT | WA | 23-SEP-2002 | OT/G | MPIS | MN | /2/237 | 217449 | $37.50 | 23-SEP-2002 | $1,974.33 |
| 0145 | PMNT | WA | 07-OCT-2002 | OT/G | MPIS | MN | /2/005 | 218989 | $37.50 | 07-OCT-2002 | $1,939.61 |
| 0146 | PMNT | WA | 05-NOV-2002 | OT/G | MPIS | MN | /3/026 | 222095 | $75.00 | 05-NOV-2002 | $1,870.27 |
| 0147 | PMNT | WA | 18-NOV-2002 | OT/G | MPIS | MN | /3/034 | 224046 | $37.50 | 18-NOV-2002 | $1,835.21 |
| 0148 | PMNT | WA | 29-NOV-2002 | OT/G | MPIS | MN | /3/042 | 225907 | $37.50 | 29-NOV-2002 | $1,799.74 |
| 0149 | PMNT | WA | 16-DEC-2002 | OT/G | Mpls. School Dist 1 | MN | /3/052 | 227514 | $37.50 | 16-DEC-2002 | $1,765.32 |
| 0150 | PMNT | WA | 27-DEC-2002 | OT/G | MPIS | MN | /3/060 | 229266 | $37.50 | 27-DEC-2002 | $1,729.77 |
| 0151 | PMNT | WA | 14-JAN-2003 | OT/G | MP/S SSD #1 | MN | /3/071 | 230347 | $37.50 | 14-JAN-2003 | $1,695.40 |
| 0152 | PMNT | WA | 27-JAN-2003 | OT/G | MPIS | MN | /3/079 | 231980 | $37.50 | 27-JAN-2003 | $1,660.12 |
| 0153 | PMNT | WA | 07-FEB-2003 | OT/G | Special School No1 | MN | /3/088 | 233573 | $37.50 | 07-FEB-2003 | $1,624.46 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0154 | PMNT | WA | 21-FEB-2003 | OT/G | SPECIAL SCHL DIST 1 | MN | /3/097 | 235297 | $37.50 | 21-FEB-2003 | $1,589.25 |
| 0156 | PMNT | WA | 10-MAR-2003 | OT/G | MPIS | MN | /3/110 | 237021 | $37.50 | 10-MAR-2003 | $1,554.47 |
| 0157 | PMNT | WA | 21-MAR-2003 | OT/G | MPIS | MN | /3/118 | 238890 | $37.50 | 21-MAR-2003 | $1,518.69 |
| 0158 | PMNT | WA | 09-APR-2003 | OT/G | MPIS | MN | /3/130 | 240406 | $37.50 | 09-APR-2003 | $1,484.09 |
| 0159 | PMNT | WA | 18-APR-2003 | OT/G | MPIS | MN | /3/137 | 241554 | $37.50 | 18-APR-2003 | $1,447.93 |
| 0160 | PMNT | WA | 02-MAY-2003 | OT/G | MPIS | MN | /3/146 | 243142 | $37.50 | 02-MAY-2003 | $1,412.47 |
| 0161 | PMNT | WA | 30-MAY-2003 | OT/G | MP/S DIST #1 | MN | /3/165 | 246466 | $112.50 | 30-MAY-2003 | $1,303.95 |
| 0162 | PMNT | WA | 17-JUN-2003 | OT/G | special school dist | MN | /3/176 | 248144 | $37.50 | 17-JUN-2003 | $1,268.81 |
| 0163 | PMNT | WA | 27-JUN-2003 | OT/G | special school | MN | /3/184 | 249716 | $37.50 | 27-JUN-2003 | $1,232.59 |
| 0164 | PMNT | WA | 23-SEP-2003 | GR/G | MPIS | MN | /3/242 | 256076 | $37.50 | 23-SEP-2003 | $1,206.00 |
| 0165 | PMNT | WA | 07-OCT-2003 | GR/G | MPIS | MN | /04/005 | 257419 | $37.50 | 07-OCT-2003 | $1,170.20 |
| 0166 | PMNT | WA | 20-OCT-2003 | GR/G | MPIS | MN | /04/013 | 258972 | $37.50 | 20-OCT-2003 | $1,134.23 |
| 0167 | PMNT | WA | 31-OCT-2003 | GR/G | MPIS | MN | /04/022 | 260440 | $37.50 | 31-OCT-2003 | $1,097.98 |
| 0168 | PMNT | WA | 14-NOV-2003 | GR/G | MPIS | MN | /04/031 | 262144 | $37.50 | 14-NOV-2003 | $1,062.03 |
| 0169 | PMNT | WA | 02-DEC-2003 | GR/G | MPIS | MN | /04/045 | 264961 | $37.50 | 02-DEC-2003 | $1,026.45 |
| 0171 | PMNT | WA | 15-DEC-2003 | GR/G | MPIS | MN | /04/055 | 266158 | $37.50 | 15-DEC-2003 | $990.30 |
| 0172 | PMNT | WA | 24-DEC-2003 | GR/G | MPS DIST #1 | MN | /04/062 | 267871 | $37.50 | 24-DEC-2003 | $953.70 |
| 0173 | PMNT | WA | 13-JAN-2004 | GR/G | MPIS | MN | /04/073 | 268316 | $37.50 | 13-JAN-2004 | $918.12 |
| 0174 | PMNT | WA | 27-JAN-2004 | GR/G | SPEC SCH DIST #1 | MN | /04/082 | 269872 | $37.50 | 27-JAN-2004 | $881.91 |
| 0175 | PMNT | WA | 10-FEB-2004 | GR/G | MPIS | MN | /04/093 | 271432 | $37.50 | 10-FEB-2004 | $845.65 |
| 0176 | PMNT | WA | 24-FEB-2004 | GR/G | MPLS No. 1 | MN | /04/103 | 273007 | $37.50 | 24-FEB-2004 | $809.34 |
| 0178 | PMNT | WA | 05-MAR-2004 | GR/G | MPLS | MN | /04/110 | 274509 | $37.50 | 05-MAR-2004 | $772.65 |
| 0182 | PMNT | WA | 23-MAR-2004 | GR/G | MPS DIST #1 | MN | /04/122 | 276169 | $37.50 | 23-MAR-2004 | $693.69 |
| 0183 | PMNT | WA | 02-APR-2004 | GR/G | MPS SCHOOL DIST #1 | MN | /04/130 | 277811 | $75.00 | 02-APR-2004 | $619.39 |
| 0184 | PMNT | WA | 06-APR-2004 | GR/G | ISD #1 | MN | /04/132 | 277792 | $37.50 | 06-APR-2004 | $582.14 |
| 0185 | PMNT | WA | 05-MAY-2004 | GR/G | MPS SCH DIST #1 | MN | /04/153 | 280294 | $75.00 | 05-MAY-2004 | $508.83 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0186 | PMNT | WA | 18-MAY-2004 | GR/G | MP/S SSD #1 | MN | /04/162 | 281925 | $37.50 | 18-MAY-2004 | $471.99 |
| 0187 | PMNT | WA | 02-JUN-2004 | GR/G | Mpls #1 | MN | /04/171 | 283454 | $37.50 | 02-JUN-2004 | $435.20 |
| 0188 | PMNT | WA | 15-JUN-2004 | GR/G | MSP DIST #1 | MN | /04/179 | 284845 | $37.50 | 15-JUN-2004 | $398.27 |
| 0189 | PMNT | WA | 28-JUN-2004 | GR/G | MPS DIST #1 | MN | /04/188 | 286468 | $37.50 | 28-JUN-2004 | $361.29 |
| 0190 | PMNT | WA | 13-JUL-2004 | GR/G | MPLS Special School | MN | /04/199 | 288340 | $37.50 | 13-JUL-2004 | $324.33 |
| 0191 | PMNT | WA | 27-JUL-2004 | GR/G | MPLS Special School | MN | /04/211 | 289519 | $37.50 | 27-JUL-2004 | $287.29 |
| 0192 | PMNT | WA | 06-AUG-2004 | GR/G | MPLS Special | MN | /04/219 | 290483 | $37.50 | 06-AUG-2004 | $250.08 |
| 0193 | PMNT | WA | 21-SEP-2004 | GR/G | MP/S SCHOOL DIST #1 | MN | /04/250 | 292950 | $37.50 | 21-SEP-2004 | $213.73 |
| 0194 | PMNT | WA | 05-OCT-2004 | GR/G | MPS DIST #1 | MN | /05/003 | 294048 | $37.50 | 05-OCT-2004 | $176.53 |
| 0195 | PMNT | WA | 18-OCT-2004 | GR/G | MPS SCH DIST #1 | MN | /05/011 | 295439 | $37.50 | 18-OCT-2004 | $139.26 |
| 0196 | PMNT | WA | 01-NOV-2004 | GR/G | MPS SCH DIST #1 | MN | /05/020 | 296815 | $37.50 | 01-NOV-2004 | $101.96 |
| 0197 | PMNT | WA | 15-NOV-2004 | GR/G | MPS DIST #1 | MN | /05/027 | 298190 | $37.50 | 15-NOV-2004 | $64.60 |
| 0202 | PMNT | WA | 01-DEC-2004 | GR/G | MPS DIST#1 | MN | /05/038 | 299674 | $37.50 | 01-DEC-2004 | $27.10 |

Total Payments for Debtor: $13,130.95