CERTIFICATE OF SERVICE BY MAIL

UNITED STATES OF AMERICA, )
Plaintiff, )
) Civil No. 01-38
JENNIFER MORIARTY ALLEN, )
Defendant. )

I hereby certify that on 1/6/05 I served, or caused to be served, the following documents:

NOTICE OF FINAL ACCOUNTING OF GARNISHMENT OF DEFENDANT

I certify, further, that I electronically filed the above-listed documents with the Clerk of the Court by using ECF.

I certify, further, that I served, or caused to be served, the above-listed documents to non-ECF participants by placing a copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and contents in the United States Mail at Minneapolis, Minnesota.

Addressee(s):

Jennifer Moriarty Allen
XXXX XXXXXXXXX XXXXXX XXXX
Minneapolis, MN 55418

Special School District No. 1
Attn: Ross Ackerman, Payroll Coordinator
807 N.E. Broadway
Minneapolis, MN 55413

s/ Nancy Lair